```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                              :    15cv1615
In re Pinnacle Airlines Corp., *et al.*
                                              :    ORDER
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        This action has been assigned to District Judge William H. Pauley III. Counsel are directed to participate in a teleconference with the Court on April 6, 2015 at 10:30 a.m. for the purpose of setting a briefing schedule. Counsel are further directed to provide a call-in number to the Court in advance of the conference.

Dated: April 2, 2015
New York, New York

                        SO ORDERED:

                        /s/ William H. Pauley
                        WILLIAM H. PAULEY III
                        U.S.D.J.

*Counsel of Record*

Peter C. Dee
Mavronicolas & Dee LLP
415 Madison Avenue, 18th Floor
New York, New York 10017
*Counsel for Appellant*

Marshall S. Huebner
Damian S. Schaible
Darren S. Klein
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
*Counsel for Appellee*